PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: James Brown  Cr.: 99-00373-001

Name of Sentencing Judicial Officer: Honorable William G. Bassler, U.S.D.J. - Designate

Date of Original Sentence: 02/21/01

Original Offense: Count One: Possession of a Firearm by a Felon
Count Two: Failure to Appear

Original Sentence: 92 months incarceration, 3 years supervised release, drug treatment/urinalysis, $2,000.00 financial penalty, and $200 special assessment.

Type of Supervision: Supervised Release    Date Supervision Commenced: 09/29/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 11, 2006, Brown was arrested by the Newark, New Jersey Police Department and charged with counts one and two, possession of a controlled dangerous substance; count three, possession of a controlled dangerous substance with intent to distribute; and count four, possession of a controlled dangerous substance with intent to distribute in a school zone. |

U.S. Probation Officer Action:

The undersigned recommends withholding Court action until additional information is obtained.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 12/07/06

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Withhold Court Action Until Further Information is Obtained
[ ] Other

Signature of Judicial Officer

1-8-07
Date